**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6552**

BRODERICK PATTERSON,

                    Plaintiff - Appellant,

          v.

GLADHILL, JR.; WAYNE WEBB; J. SNYDER, CO II; LT. BOWARD;
TASKER, CO II; VINCENT, CO II; GROSSNICKLE, CO II; SGT.
WYNKOOP; CAPTAIN  MANUEL; CAPTAIN MARTIN; R. LEWIS, CO II;
EMERICK, CO II; WILAND, CO II; MCGOWAN, CO II; PUMPHREY, CO
II; SGT. DONIA; ATHERTON, CO II; GRUBBS, CO II; MASON, CO
II,

                    Defendants – Appellees,

          and

JOHN DOE, #1; JOHN DOE, #2,

                    Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:14-cv-00026-DKC)

Submitted:  August 31, 2015          Decided:  September 14, 2015

Before WILKINSON  and  KEENAN,  Circuit  Judges,  and  HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Broderick Patterson, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Broderick Patterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Gladhill, No. 8:14-cv-00026-DKC (D. Md. Mar. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3